**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1258**

---

CALVIN J. WEBER,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DEPARTMENT OF THE ARMY,

                                        Defendant - Appellee.

---

**No. 99-1259**

---

CALVIN J. WEBER,

                                        Plaintiff - Appellant,

        versus

UNITED STATES ARMY PERSONNEL SECURITY CLEAR-
ANCE FACILITY,

                                        Defendant - Appellee.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-98-
2375-AMD, CA-98-3907-AMD)

---

Submitted:  May 13, 1999              Decided:  May 18, 1999

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin J. Weber, Appellant Pro Se.  Tamera Lynn Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Weber appeals the district court's order granting summary judgment to the Appellees.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Weber v. United States Dep't of the Army, Nos. CA-98-2375-AMD; CA-98-3907-AMD (D. Md. Dec. 29, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2